

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00801-CV

**IN RE BOY SCOUTS OF AMERICA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
           Karen Angelini, Justice
           Marialyn Barnard, Justice

Delivered and Filed:  May 8, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On November 28, 2012, Relator Boy Scouts of America filed a petition for writ of mandamus. After the cause was abated to the trial court, Relator filed an amended petition for writ of mandamus on February 5, 2013 asking, in part, that we issue a writ of mandamus directing the trial court to vacate her January 30, 2013 order. The court has considered Relator's petition for writ of mandamus, the real party in interest's response, and Relator's reply and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-02919, styled *John Adams, an individual proceeding under a fictitious name v. Boy Scouts of America and Alamo Area Council Boy Scouts of America*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon J. Casseb, III presiding. However, the order complained of was signed by the Honorable Laura Salinas, presiding judge of the 166th Judicial District Court, Bexar County, Texas.